

AUG 0 5 2024

DEPUTY

# PETITION FOR REMISSION OR MITIGATION OF A CRIMINAL OR CIVIL FORFEITURE ACTION BY THE UNITED STATES DEPARTMENT OF JUSTICE

Note: This is a sample to assist potential petitioners. There is no legal form or format required for filing a petition. For more specific guidance on filing your petition, please consult Title 28, Code of Federal Regulations (C.F.R.) Section 9.4, which can be found at www.GPOaccess.gov.

To: The Attorney General of the United States

From: __Dawn Bennett__
__FPC Danbury 33½ Pembroke Rd., Pembroke Station__
(Name and address of petitioner or petitioner's attorney or representative)

__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__
(Social Security Number / Taxpayer Identification Number of Petitioner)

__N/A__                                       __N/A__
Phone Number                                Email Address

I am petitioning for the remission of the property described below because I am (check all that apply):

___ a victim of the crime underlying the forfeiture of the forfeited property, or related offense (*complete Sections I, III, and V*);

_X_ an owner of the forfeited property (*complete Sections I, II and V*); and/or

___ a lienholder of the forfeited property (*complete Sections I, II, and V*).

*If you would like to petition for the mitigation of the property (return of part of your interest in the property or return upon the imposition of certain conditions) because of extreme hardship, you must also complete Section IV.*

## SECTION I

Description of Property (include specific information such as make, model, or serial numbers if applicable): __See court filing: 8:17-cr-00472-PX Document 585 Filed 7/11/24__

Seizing Agency: __DOJ__
Seizure Number/Asset ID Number: __N/A__
Date and Place of Seizure: __* It was never seized. See attached exhibit A with explanation__
Court Case Information

Case Name: __Dawn Bennett__
Case Number: __8:17-cr-00472-PX Document 585 Filed 7/11/24__
Judicial District: __U.S. Attorney Office, District of Maryland__
__6500 Cherrywood Lane__
__Suite 200__
__Greenbelt, Md 20770__

## SECTION II

Request for Remission - Owner or Lienholder

*This section should be completed by persons claiming an ownership interest in the property.*

I am requesting remission of this forfeiture pursuant to 28 C.F.R. § 9.5(a) because I have a valid, good faith, and legally cognizable interest in the seized property as owner or lienholder as described below:

A. See attached Exhibit A

B. Plus, J.H. Sharp and R.C. Gorman paintings owned by Sue F. Bennett (mother of Dawn Bennett)

*Provide supporting documentation such as bills of sale, retail installment agreements, contracts, certificates of title, or mortgages.*

AND

1. **X** I am innocent within the meaning of the innocent owner standard as provided in Title 18 U.S. Code Section 983(d), because:

   __ I did not know of the conduct giving rise to the forfeiture; or

   __ Upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstances to terminate such use of the property.

   Please explain answer: See attached Exhibit A

OR

2. __ I was a bona fide purchaser or seller of the forfeited property for value without cause to believe that the property was subject to forfeiture at the time of the offense underlying the forfeiture.

OR

3. **X** I held a legally cognizable interest in the forfeited property at the time of the offense underlying the forfeiture superior to that of the defendant.

   Please explain answer 2 or 3: A. See attached Exhibit A
   B. Plus, J.H. Sharp and R.C. Gorman paintings owned by Sue F. Bennett (mother of Dawn Bennett)

# SECTION IV

Petition for Mitigation of the Forfeiture

*This section need be completed only by owner and lienholder petitioners seeking alternative relief to complete remission of the property.*

In the event that the Ruling Official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship. In support of my request, I would like the Ruling Official to consider the following extenuating circumstances:

See Attached Exhibit A

## SECTION V

Declaration

*The declaration must be completed by all petitioners unless the petitioner is represented by an attorney. The attorney may complete the declaration if the petitioner completes the sworn notice of representation below.*

I understand that the information that I am providing in support of my petition will be relied upon for purposes of determining my right to receive a petition award. I hereby declare under penalty of perjury under the laws of the United States of America that I believe that the information I am providing in support of my petition is true and correct. I further certify that any documents I have submitted in support of my petition consist of unaltered copies of documents that are in my possession.

X _[signature]_ * Prison mail Box Rule
Signature

Dawn Bennett
Print Name

7.24.24 *
Date

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the attorney who has completed the Declaration in Section V to represent me in this matter. I have reviewed the foregoing petition and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

_____
Signature

_____
Print Name

_____
Date

The completed original petition for remission and all supporting documentation must be submitted to the United States Attorney for the judicial district in which the forfeiture proceedings took place. A copy of the petition for remission should be submitted to the seizing agency in the judicial district in which the seizure occurred.